UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

Gian T. Dhillon,                                                               Chapter 7

                                                                                    Case no: 1-23-42931-nhl

                  Debtor.

----------------------------------------------------X

## DEBTOR'S DECLARATION OF PAY ADVICE

I, Gian T. Dhillon, declares under penalty of perjury as follows:

1. I am the Debtor in the above referenced case.  I did not receive any pay advices in the 60 days prior to filing my bankruptcy petition.

2. I submit this declaration in lieu of a payment advices.


Dated: Brooklyn, New York


                                                                          */s/ Gian T. Dhillon*

                                                                          Gian T. Dhillon