UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X

IN RE:

GIAN T. DHILLON,

                        Debtor.

———————————————————————X

THIS ORDER RELATES TO A
HEARING HELD ON
DECEMBER 13, 2023

Chapter 13
Case No. 123-42931-NHL

ORDER DISMISSING CASE

       UPON the October 25, 2023 written application of Krista M. Preuss, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

       WHEREAS, on December 13, 2023, the Trustee appeared in support thereof, Rachel S. Blumenfeld, Esq. appeared on behalf of the Debtor, and Mark A. Frankel, Esq. appeared on behalf 52 Rochester Ave. LLC; and

       WHEREAS, Debtor did not file written opposition to the Trustee's Motion to Dismiss as required by E.D.N.Y. LBR 9013-1(b); and

       WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

       WHEREAS, the Debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the Debtor has failed to provide the Trustee with a copy of a federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors; and

       WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR 2003-1; and

       WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) .



Dated: January 16, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**